Richard BIASE, Doug Denhing, David Eubank, Michael Fortin, Mary Stringer and Nancy Zara, Respondents,

v.

LONGVIEW PROPERTIES, LTD d/b/a Longview Properties, L.P., by its sole General Partner, Four Bar Co. LFP II, L.P., Ltd., W. Dean Goodman, Jolene Schmitz and Joe Weatherford Construction Co., Appellant.

No. WD 50514.

Missouri Court of Appeals, Western District.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1996.

Donald P. Herron, Rodney K. Murrow, Herron & Lewis, Kansas City, for Respondents.

Leonard Rose, Michael Strong, Kansas City, for Appellants.

Before: SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

An appeal from entry of an injunction against the developer and owner of real estate in a subdivision based on front foot requirements in the recorded covenants. Affirmed. Rule 84.16(b).